UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
*West Palm Beach Division*

| | |
|---|---|
| IN RE:<br><br>WELLINGTON PRESERVE CORPORATION,<br><br>Debtor. | CASE NO. 10-22049-EPK<br><br>Chapter 11 |

### CHAPTER 11 CASE MANAGEMENT SUMMARY

The Debtor-In-Possession, WELLINGTON PRESERVE CORPORATION ("WELLINGTON"), by and through undersigned counsel, in compliance with Local Rule 2081-1(B), the Debtor-In-Possession, files this Chapter 11 Case Management Summary and states as follow:

The following data represents approximations for background information only and the information may represent the Debtors' best estimate in response to some of the ensuing questions.

1.  **Date of Order for Relief under Chapter 11** - April 27, 2010;

2.  **Names, case numbers and dates of filing of related Debtors** - CLICO (Bahamas) LIMITED ("CLICO"), Case No. 09-17829-BKC-EPK (Chapter 15), filed on April 27, 2009;

3.  **Description of Debtor's business** - Debtor is the owner of approximately 545 acres of land in the Village of Wellington, Palm Beach County, Florida. Since the purchase it has been subdivided, platted, approved for development; approved by the South Florida Water Management District and by the Village of Wellington for the sale of lots for residential and/or equestrian use and residence. Some 18 lots out of the original 120 had been sold. The property is in the midst of the completion of a re-platting in order to provide for a 60 acre equestrian center amenity on the site in order to enhance value and thus the sale price of the remaining lots. The Debtor is presently 100% owned by CLICO ENTERPRISES LIMITED ("CEL"), a Bahamian corporation which is in

CASE NO. 10-22049-EPK

liquidation under the Companies' Act, in the Bahamas. The Liquidator is CRAIG A. (TONY) GOMEZ ("GOMEZ"), an accountant appointed by the Supreme Court of the Bahamas for that purpose. GOMEZ is also the president of the Debtor. The business of the Debtor, going forward, is to complete packaging of the property for sale, and to sell the property in bulk to the best offer that can be obtained;

4.  **Location of Debtor's operations and whether the business premises are leased or owned** - The business of the Debtor is operated out of the offices of the Liquidator in Nassau, Bahamas, and the office of its counsel. It has no independent office or other facility. The property, itself, is located in the Village of Wellington, Palm Beach County, Florida;

5.  **Reasons for filing Chapter 11** - The Debtor presently owes approximately $3 million in *ad valorem* real estate property taxes; owes an executable Judgment of $1.45 million; owes a small Mechanic's Lien, and less than $200,000 of other development-related claims. In addition, it owes approximately $72 million to CEL.

The immediate precipitating factor for this Chapter 11 filing was the inability in this market to refinance Debtor's vacant land in order to pay of (a) the Judgment; (b) the real estate taxes; (c) the miscellaneous small development expenses; and (d) provide for an interest and real estate tax reserve going forward, to satisfy a proposed lender.

A certified copy of the Judgment was recorded on January 27, 2010; thus, April 27, 2010, the filing date was 90th day after the recording of the Judgment. Since the Debtor is insolvent, this renders the recording of the Judgment Lien a preferential transfer.

CASE NO. 10-22049-EPK

6. **List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing** - Since July 14, 2009, the current officers are CRAIG A. GOMEZ, Liquidator for CLICO ENTERPRISES LIMITED (President/Treasurer) and EDWARD ROLLE (Vice President/Secretary); previously the officers were LAWRENCE DUPREY and KAREN-ANN GARDIER.

The current officers do not receive any salary or benefits from the Debtor.

7. **Debtor's fiscal or calendar year to date gross income and the Debtor's gross income for the calendar or fiscal year prior to the filing of this Petition** - The Debtor has had no income from the operation of its business this year or last year.

8. **Amounts owed to various creditors:**

   a. **Obligations owed to priority creditors including priority tax obligations:**

   I. IRS - unknown. Apparently Debtor has not filed any tax returns since 2005. IRS is holding over $50,000 in unapplied payments since returns were never filed from which it could determine where to apply the money. Best estimate at this time is that IRS may be owed $500,000 or more.

   ii. *Ad valorem* real estate taxes $2.85 million through 2009. Accruing at approximately $1.5 million per year.

   iii. No sales tax.

   iv. No withholding tax.

   v. No unemployment tax.

   vi. No wages.

3

CASE NO. 10-22049-EPK

    b.    **With respect to creditors holding secured claims:**

        i.    We have listed one Judgment Lien of $1.45 million, plus interest since January 2010.

        ii.    We have listed one Mechanic's Lien of approximately $23,000.

        iii.    There are no mortgages. Debtor believes that the Judgment Lien is preferential, as this Chapter 11 Petition was filed on the 90th day after recording of the Judgment.

    c.    **Amount of unsecured claims:**

        i.    Approximately $72,500,000.

9.    **General description and approximate value of Debtor's assets** - approximately 545 acres of land located in the Village of Wellington, Palm Beach County, Florida. Generally consists of remaining unsold lots in a large subdivision dedicated to equestrian pursuits.

10.    **List of insurance policies** -

| | |
|---|---|
| Company: | Brown & Brown of Florida, Inc. |
| Policy No.: | 0215252121469 |

| Amount of Coverage: | | |
|---|---|---|
| | Each occurrence - | $1,000,000 |
| | Personal Injury/Advertising Injury | $1,000,000 |
| | Any one fire damage | $ 50,000 |
| Aggregate: | All other coverages | $2,000,000 |
| | Products/Completed Operations | $2,000,000 |

Expiration Date:    10/14/2011

11.    **Number of Employees and amounts of wages owed as of the Petition date:**

Zero

CASE NO. 10-22049-EPK

12. **Status of Debtor's payroll and sales tax obligations.** N/A

13. **Anticipated emergency relief to be requested within 14 days from the Petition date** - (a) Transfer of case to Judge Kimball in the Palm Beach Division (has already been granted); (b) retention of counsel for DIP; ( c ) retention of project management firm for DIP; (d) (potential) Motion for Leave to Obtain Credit Outside Ordinary Course of Business and to Borrow Money From the Liquidation Estate of CLICO (Bahamas) LIMITED for operational purposes.

Respectfully submitted,

s/s Ronald G. Neiwirth
Ronald G. Neiwirth
Fla. Bar No. 152175

FOWLER WHITE BURNETT P.A.
Espirito Santo Plaza, 14th Floor
1395 Brickell Avenue
Miami, Florida 33131-3302
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

**CASE NO. 10-22049-EPK**

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on May 10, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing**.**

                **s/ Ronald G. Neiwirth**
                **Ronald G. Neiwirth**

CASE NO. 10-22049-EPK

## SERVICE LIST

Adonel Concrete
2101 N.W. 110 Avenue
Miami, FL 33172-1904

Agnoli Barber and Brundage
9990 Coconut Road, Suite 103
Bonita Springs, FL 34135

Alan Gerwig & Associates, Inc.
12798 W. Forest Hill Blvd.
Suite 204
Wellington, FL 33414

Amerilawn and Landscaping
4630 Royal Palm Blvd.
West Palm Beach, FL 33411

Atlantic Caribbean Mapping, Inc.
3070S. Jog Road
Greenacres, FL 33467-2053

Atlantic Caribbean Surveying
357 Liana Drive
West Palm Beach, FL 33415

Cotton and Company
633 SE 5th Street
Fort Myers, FL 33994

Dixie Bluepring Services, Inc.
2416 N. Dixie Highway
Boca Raton, FL 33431-7614

East Bay Group
631 US Highway 1
Suite 400
North Palm Beach, FL 33408

Blazer Construction Industries, Inc.
1005 W. Indiantown Road
Jupiter, FL 33458

Boyd, Schmidt and Brannum
2711 Poinsettia Ave.
West Palm Beach, FL 33407

Brennan Financial
c/o Bradford Beilly, P.A.
1144 SE 3rd Avenue
Fort Lauderdale, FL 33316

Cherry Edgar and Smith
8409 North Military Trail
Suite 123
Palm Beach Gardens, FL 33410

CLICO (Bahamas) Limited c/o Craig A.
(Tony) Gomez P.O. Box N 1991
28 Cumberland Street
Nassau, Bahamas

CLICO Enterprises Ltd
c/o Craig A. (Tony) Gomez, Liquidator P.O.
Box N 1991
28 Cumberland Street
Nassau Bahamas

CLICO Enterprises, Ltd.
c/o Craig A. (Tony) Gomez, Liquidator
P.O. Box N 1991
28 Cumberland Street
Nassau Bahamas

Cotton & Company
633 S.E. 5th Street
Stuart, FL 34994

7

CASE NO. 10-22049-EPK

Equestrian Services
233 Douglas Ave.
Charlottesville, VA 22902

FPL Deposit Administration
POB 025209
Miami, FL 33102-5209

Hunt & Gross, PA
2200 NW Corporate Blvd.
Suite 401
Boca Raton, FL 33431

Internal Revenue Service
Attn: Insolvency
7850 SW 6th Court
Plantation, FL 33324

Internal Revenue Service Centralized
Insolvency Operation
P.O. Box 21126
Philadelphia, PA 19114

Lucido & Associates
701 S.E. Ocean Blvd.
Stuart, FL 34994

Lucido & Associates
701 East Ocean blvd
Stuart, FL 34994

O'Dell, Inc. Land Development
3500 Fairlane Farms Road
Suite 4
West Palm Beach, FL 33414

Palm Beach County Tax Collector
301 North Olive Ave.
P.O. Box 3715
West Palm Beach, FL 33402

Gardener Appraisal Services, Inc. 3380
Fairlane Farms Road, Suite 8
West Palm Beach, FL 33414

Genapure Corporation Company
3231 N.W.7th Avenue
Boca Raton, FL 33431

H & J Contracting, Inc.
3160 Fairlane Farms Road
Wellington, FL 33414-8775

Jenkins Realty
5730 Corporate Way
Suite 120
West Palm Beach, FL 33407

Lake And Wetland Management, Inc.
9218 87 P1 S.
Boynton Beach, FL 33472-4302

Marcum Rachlin
777 South Flagler Drive
Suite 150
West Palm Beach, FL 33401

Mausen Consulting LLC
5079 N. Dixie Hwy
Suite 323
Fort Lauderdale, FL 33334

MDG Advertising
3500 NW Boca Raton Blvd Suite 601
Boca Raton, FL 33431

North County Properties
19510 US 1 North
Jupiter, FL 33469

CASE NO. 10-22049-EPK

Phelps Media Group International
12230 Forest Hill Blvd.
Suite 214
West Palm Beach, FL 33414

Phipps & Howell
P.O. Box 1351
Tallahassee, FL 32302

Rollie Gordon
5360 Oldsmobile Drive Lake Worth, FL 33463

Transmedia Public Relations
240 West Palmetto Park Rd
Suite 300
Boca Raton, FL 33432

Unit Structures, LLC
2070 Buffal Hwy
Suite 1C
Buford, GA 30518

Universal Engineering Services
1818 7th Avenue North
Unit 1
Lake Worth, FL 33461

William Scottsman- Lease
6100 N. Military Trail
West Palm Beach, FL 33407

Sachs & Sax
6111 Broken Sound Parkway NW
Suite 200
Boca Raton, FL 33487

Simmons and White
5601 Corporate Way
Suite 200
West Palm Beach, FL 33407

Smith & Moore Architects
150 South Olive Ave
West Palm Beach, FL 33401

Todd's Landscaping
13785 62nd Ct N
West Palm Beach, FL 33412

Village of Wellington
12794 W. Forest Hill Blvd
Suite 23
West Palm Beach, FL 33414

Village of Wellington Water Utility Dpt. 12794
Forest Hill Blvd., Suite 23
Wellington, FL 33414

**Office of the U.S. Trustee
51 S.W. First Avenue, 12th Fl
Miami, FL 33130**