UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
*West Palm Beach Division*

| | |
|---|---|
| IN RE:<br><br>WELLINGTON PRESERVE CORPORATION,<br><br>Debtor | CASE NO. 10-22049-EPK<br><br>Chapter 11 |

### NOTICE OF FILING SCHEDULES AND
### STATEMENT OF AFFAIRS, AND PREFACE TO SCHEDULES

**COMES NOW** the Debtor-In-Possession, WELLINGTON PRESERVE CORPORATION ("WELLINGTON"), by and through undersigned counsel, and respectfully submits the following documents:

- Summary of Schedules
- Schedule A
- Schedule B
- Schedule D
- Equity Security Holders List
- Schedule E
- Schedule F
- Schedule G
- Schedule H
- Declaration re: Schedules
- Statement of Financial Affairs

In addition, CRAIG A. (TONY) GOMEZ ("GOMEZ"), President of the Debtor, respectfully submits the following:

1. GOMEZ is a duly-appointed Liquidator for CLICO ENTERPRISES LIMITED, a Bahamian company ("CEL"). CEL is presently being "wound up" under the authority of the Supreme Court of the Bahamas. Thus, GOMEZ is the functional equivalent of a Chapter 7 Bankruptcy Trustee for CEL.

**CASE NO. 10-22049-EPK**

2. CEL is the owner of 100% of the shares of the DIP. When GOMEZ took possession of WELLINGTON, it had not filed tax returns since 2005; and he has yet to locate books and records of WELLINGTON.

3. Therefore, the information contained in the Schedules and Statement of Affairs has been provided to the best of GOMEZ' knowledge, primarily based upon information provided by third parties, as he has been unable to interview the former officers of WELLINGTON (LAWRENCE DUPREY and KAREN-ANN GARDIER), having received no cooperation from them at all. He is not aware of their current location.

          Respectfully submitted,

          /s/ Ronald G. Neiwirth
          Ronald G. Neiwirth
          Fla. Bar No. 152175

          FOWLER WHITE BURNETT P.A.
          Espirito Santo Plaza, 14th Floor
          1395 Brickell Avenue
          Miami, Florida 33131-3302
          Telephone: (305) 789-9200
          Facsimile: (305) 789-9201

CASE NO. 10-22049-EPK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 18, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing**.**

**s/ Ronald G. Neiwirth**
**Ronald G. Neiwirth**

CASE NO. 10-22049-EPK

## SERVICE LIST

Adonel Concrete
2101 N.W. 110 Avenue
Miami, FL 33172-1904

Agnoli Barber and Brundage
9990 Coconut Road, Suite 103
Bonita Springs, FL 34135

Alan Gerwig & Associates, Inc.
12798 W. Forest Hill Blvd.
Suite 204
Wellington, FL 33414

Amerilawn and Landscaping
4630 Royal Palm Blvd.
West Palm Beach, FL 33411

Atlantic Caribbean Mapping, Inc.
3070S. Jog Road
Greenacres, FL 33467-2053

Atlantic Caribbean Surveying
357 Liana Drive
West Palm Beach, FL 33415

Cotton and Company
633 SE 5th Street
Fort Myers, FL 33994

Dixie Blueprint Services, Inc.
2416 N. Dixie Highway
Boca Raton, FL 33431-7614

East Bay Group
631 US Highway 1
Suite 400
North Palm Beach, FL 33408

Blazer Construction Industries, Inc.
1005 W. Indiantown Road
Jupiter, FL 33458

Boyd, Schmidt and Brannum
2711 Poinsettia Ave.
West Palm Beach, FL 33407

Brennan Financial
c/o Bradford Beilly, P.A.
1144 SE 3rd Avenue
Fort Lauderdale, FL 33316

Cherry Edgar and Smith
8409 North Military Trail
Suite 123
Palm Beach Gardens, FL 33410

CLICO (Bahamas) Limited c/o Craig A.
(Tony) Gomez P.O. Box N 1991
28 Cumberland Street
Nassau, Bahamas

CLICO Enterprises Ltd
c/o Craig A. (Tony) Gomez, Liquidator P.O.
Box N 1991
28 Cumberland Street
Nassau Bahamas

CLICO Enterprises, Ltd.
c/o Craig A. (Tony) Gomez, Liquidator
P.O. Box N 1991
28 Cumberland Street
Nassau Bahamas

Cotton & Company
633 S.E. 5th Street
Stuart, FL 34994

CASE NO. 10-22049-EPK

Equestrian Services
233 Douglas Ave.
Charlottesville, VA 22902

FPL Deposit Administration
POB 025209
Miami, FL 33102-5209

Hunt & Gross, PA
2200 NW Corporate Blvd.
Suite 401
Boca Raton, FL 33431

Internal Revenue Service
Attn: Insolvency
7850 SW 6th Court
Plantation, FL 33324

Internal Revenue Service Centralized Insolvency Operation
P.O. Box 21126
Philadelphia, PA 19114

Lucido & Associates
701 S.E. Ocean Blvd.
Stuart, FL 34994

O'Dell, Inc. Land Development
3500 Fairlane Farms Road
Suite 4
West Palm Beach, FL 33414

Palm Beach County Tax Collector
301 North Olive Ave.
P.O. Box 3715
West Palm Beach, FL 33402

Gardener Appraisal Services, Inc. 3380 Fairlane Farms Road, Suite 8
West Palm Beach, FL 33414

Genapure Corporation Company
3231 N.W.7th Avenue
Boca Raton, FL 33431

H & J Contracting, Inc.
3160 Fairlane Farms Road
Wellington, FL 33414-8775

Jenkins Realty
5730 Corporate Way
Suite 120
West Palm Beach, FL 33407

Lake And Wetland Management, Inc.
9218 87 P1 S.
Boynton Beach, FL 33472-4302

Marcum Rachlin
777 South Flagler Drive
Suite 150
West Palm Beach, FL 33401

Mausen Consulting LLC
5079 N. Dixie Hwy
Suite 323
Fort Lauderdale, FL 33334

MDG Advertising
3500 NW Boca Raton Blvd Suite 601
Boca Raton, FL 33431

North County Properties
19510 US 1 North
Jupiter, FL 33469

CASE NO. 10-22049-EPK

Phelps Media Group International
12230 Forest Hill Blvd.
Suite 214
West Palm Beach, FL 33414

Phipps & Howell
P.O. Box 1351
Tallahassee, FL 32302

Rollie Gordon
5360 Oldsmobile Drive Lake Worth, FL 33463

Transmedia Public Relations
240 West Palmetto Park Rd
Suite 300
Boca Raton, FL 33432

Unit Structures, LLC
2070 Buffal Hwy
Suite 1C
Buford, GA 30518

Universal Engineering Services
1818 7th Avenue North
Unit 1
Lake Worth, FL 33461

William Scotsman- Lease
6100 N. Military Trail
West Palm Beach, FL 33407

Sachs & Sax
6111 Broken Sound Parkway NW
Suite 200
Boca Raton, FL 33487

Simmons and White
5601 Corporate Way
Suite 200
West Palm Beach, FL 33407

Smith & Moore Architects
1500 South Olive Ave
West Palm Beach, FL 33401

Todd's Landscaping
13785 62nd Ct N
West Palm Beach, FL 33412

Village of Wellington
12794 W. Forest Hill Blvd
Suite 23
West Palm Beach, FL 33414

Village of Wellington Water Utility
Dpt. 12794
Forest Hill Blvd., Suite 23
Wellington, FL 33414

**Office of the U.S. Trustee**
**51 S.W. First Avenue, 12th Fl**
**Miami, FL 33130**

[mlf] W:\80542\NOTICE FLG SCHEDULES N STATEMENT AFFAIRS.RGN{5/18/10-14:41}