

**ORDERED in the Southern District of Florida on November 23, 2010.**

*[signature]*

**Erik P. Kimball, Judge
United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
*West Palm Beach Division*

| IN RE: | CASE NO. 10-22049-EPK |
|---|---|
| WELLINGTON PRESERVE CORPORATION | Chapter 11 |
| Debtor | |

**ORDER GRANTING MOTION FOR FURTHER EXTENSION OF TIME WITHIN WHICH DIP MAY FILE ITS PLAN AND DISCLOSURE STATEMENT (D.E. 72)**

THIS MATTER came before the Court for hearing on November 18, 2010, with reference to the above-described Motion. Due notice was given to creditors and parties in interest. The Court being advised in the premises, and there being no objection, it is

**ORDERED** that:

1. The DIP's exclusivity period, and its deadline within which to file a plan and disclosure statement is extended through January 15, 2011.

\#    \#    \#

CASE NO. 10-22049-EPK

**Submitted by:**

Ronald G. Neiwirth, Esq.
Office of the U.S. Trustee

> Mr. Neiwirth shall serve a conformed copy of this Order on all parties-in-interest and shall file a Certificate of Service with the Court.