UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
*West Palm Beach Division*

IN RE:

WELLINGTON PRESERVE
CORPORATION,

Debtor.

CASE NO. 10-22049-EPK

Chapter 11

### NOTICE OF CLOSING (A) 1031 EXCHANGE WITH TANEN; AND (B) SALE OF @103 ACRES TO ZACARA FARMS AND OF DISBURSEMENTS FROM CLOSING PROCEEDS

**PLEASE TAKE NOTICE** that the 1031 Real Property Exchange with Tanen and the sale of property to Zacara Farms LLC, both of which were approved in the Order confirming the Second Amended Joint Liquidating Plan (D.E. #183), closed on May 23, 2011. As part of the closing process, all direct closing costs were paid as were all allowed secured claims. Attached hereto as copies of the respective Closing Statements.

Respectfully submitted,

*/s/ Ronald G. Neiwirth*

Ronald G. Neiwirth
Fla. Bar No. 152175

FOWLER WHITE BURNETT, P.A.
Espirito Santo Plaza, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 31, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing ocument is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Ronald G. Neiwirth
Ronald G. Neiwirth

Adonel Concrete
2101 N.W. 110 Avenue
Miami, FL 33172-1904

~~AGNOLI, BARBER & BRUNDAGE, INC.~~
~~9990 Coconut Road, Suite 103~~
~~Bonita Springs, FL 34135~~

Alan Gerwig & Associates, Inc.
12798 W. Forest Hill Blvd.
Suite 204
Wellington, FL 33414

Amerilawn and Landscaping
~~3031 Fortune Way, Suite A15~~
~~West Palm Beach, FL 33414~~

The Yeshu Holdings
244 Fifth Avenue
#2884
New Yori, NY 1001-7604

~~Atlantic Caribbean Surveying~~
~~357 Liana Drive~~
~~West Palm Beach, FL 33415~~

Genapure Corporation Company
3231 N.W.7th Avenue
Boca Raton, FL 33431

Dixie Bluepring Services, Inc.
2416 N. Dixie Highway
Boca Raton, FL 33431-7614

Boyd, Schmidt and Brannum
2711 Poinsettia Ave.
West Palm Beach, FL 33407

Brennan Financial
c/o Bradford Beilly, P.A.
1144 SE 3rd Avenue
Fort Lauderdale, FL 33316

Cherry Edgar and Smith
8409 North Military Trail Suite 123
Palm Beach Gardens, FL 33410

CLICO (Bahamas) Limited
c/o Craig A. (Tony) Gomez
P.O. Box N 1991
28 Cumberland Street
Nassau, Bahamas

CLICO Enterprises, Ltd.
c/o Craig A. (Tony) Gomez, Liquidator
P.O. Box N 1991
28 Cumberland Street
Nassau Bahamas

Cotton & Company
633 S.E. 5th Street
Stuart, FL 34994

~~Equestrian Services~~
~~233 Douglas Ave.~~
~~Charlottesville, VA 22902~~

FPL Deposit Administration
POB 025209
Miami, FL 33102-5209

3

East Bay Group
631 US Highway 1
Suite 400
North Palm Beach, FL 33408

Blazer Construction Industries, Inc.
1005 W. Indiantown Road
Jupiter, FL 33458

Internal Revenue Service Centralized
Insolvency Operation
P.O. Box 21126
Philadelphia, PA 19114

~~Lucido & Associates~~
~~701 S.E. Ocean Blvd.~~
~~Stuart, FL 34994~~

Palm Beach County Tax Collector
301 North Olive Ave.
P.O. Box 3715
West Palm Beach, FL 33402

~~Genapure Corporation Company~~
~~3231 N.W.7th Avenue~~
~~Boca Raton, FL 33431~~

Jenkins Realty
5730 Corporate Way
Suite 120
West Palm Beach, FL 33407

Marcum Rachlin
777 South Flagler Drive
Suite 150
West Palm Beach, FL 33401

Hunt & Gross, PA
2200 NW Corporate Blvd.
Suite 401
Boca Raton, FL 33431

Internal Revenue Service
Attn: Insolvency
7850 SW 6th Court
Plantation, FL 33324

Lucido & Associates
701 East Ocean blvd
Stuart, FL 34994

O'Dell, Inc. Land Development
3500 Fairlane Farms Road
Suite 4
West Palm Beach, FL 33414

Gardener Appraisal Services, Inc.
3380 Fairlane Farms Road, Suite 8
West Palm Beach, FL 33414

H & J Contracting, Inc.
3160 Fairlane Farms Road
Wellington, FL 33414-8775

Lake And Wetland Management, Inc.
9218 87 Pl S.
Boynton Beach, FL 33472-4302

Mausen Consulting LLC
5079 N. Dixie Hwy
Suite 323
Fort Lauderdale, FL 33334

4

MDG Advertising
3500 NW Boca Raton Blvd Suite 601
Boca Raton, FL 33431

Nutting Engineers
1310 Neptune Drive
Boynton Beach, FL 33426

Phipps & Howell
P.O. Box 1351
Tallahassee, FL 32302

Transmedia Public Relations
240 West Palmetto Park Rd
Suite 300
Boca Raton, FL 33432

Universal Engineering Services
1818 7th Avenue North
Unit 1
Lake Worth, FL 33461

Sachs & Sax
6111 Broken Sound Parkway NW
Suite 200
Boca Raton, FL 33487

Smith & Moore Architects
1500 South Olive Ave
West Palm Beach, FL 33401

Village of Wellington
12794 W. Forest Hill Blvd
Suite 23
West Palm Beach, FL 33414

North County Properties
19510 US 1 North
Jupiter, FL 33469

Phelps Media Group International
12230 Forest Hill Blvd.
Suite 214
West Palm Beach, FL 33414

Rollie Gordon
5360 Oldsmobile Drive
Lake Worth, FL 33463

Unit Structures, LLC
~~2070 Buffal Hwy~~
~~Suite 1C~~
~~Buford, GA 30518~~

~~William Scottsman Lease~~
~~6100 N. Military Trail~~
~~West Palm Beach, FL 33407~~

Simmons and White
5601 Corporate Way
Suite 200
West Palm Beach, FL 33407

Todd's Landscaping
13785 62nd Ct N
West Palm Beach, FL 33412

Village of Wellington Water Utility
Dpt. 12794
Forest Hill Blvd., Suite 23
Wellington, FL 33414

5

| | |
|---|---|
| Office of the U.S. Trustee<br>51 S.W. First Avenue, 12th Fl<br>Miami, FL 33130 | State of Florida, Department of Labor<br>Sales Tax<br>5050 W. Tennessee Street<br>Tallahassee, FL 32399-0100 |
| Amerilawn and Landscaping<br>860 Preston Trail<br>Melbourne, FL 32940 | ~~Unit Structures, LLC~~<br>~~78 Rusty Trail Lane~~<br>~~Hilton Head, SC 29925~~ |
| Atlantic Caribbean Mapping<br>357 Liana Dr.<br>West Palm Beach, FL 33415-2654 | Unit Structures, LLC<br>c/o David Belt<br>1012 Shanhouse Blvd.<br>Magnolia, AR 71753 |
| F. Martin Perry<br>Perry & Taylor, P.A.<br>2401 PGA Blvd., # 110<br>Palm Beach Gardens, FL 33410-3515 | Jamie J. Byington<br>255 Alhambra Circle<br>#900<br>Coral Gables, FL 33134-7420 |
| Equestrian Services<br>7051 Bergamo Way<br>#202<br>Ft. Myers, FL 33966 | Equestrian Services, LLC<br>690 Berkmar Cir.<br>Charlottesville, VA 22901 |
| AGNOLI, BARBER & BRUNDAGE, INC.<br>Attention: Jane E. Eichhorn, Esq.<br>7400 Tamiami Trail North, # 200<br>Naples, FL 34108 | |

FOWLER WHITE BURNETT P.A. • ESPIRITO SANTO PLAZA, 1395 BRICKELL AVENUE, 14TH FLOOR, MIAMI, FLORIDA 33131 • (305) 789-9200

# Buyer's and Seller's Combined Closing Statement
# FOWLER WHITE BURNETT P.A.

NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| | |
|---|---|
| NAME OF BUYER: | Zacara Farm, LLC |
| ADDRESS OF BUYER: | c/o Lyndon Lea, 888 7th Ave., New York, NY 10019 |
| NAME OF SELLER: | Wellington Preserve Corporation |
| ADDRESS OF SELLER: | c/o Fowler White Burnett PA, 1395 Brickell Ave., 14th floor, Miami, FL 33131 |
| NAME OF LENDER: | |
| ADDRESS OF LENDER: | |
| PROPERTY LOCATION: | Wellington, FL 33414 |
| SETTLEMENT AGENT: | FOWLER WHITE BURNETT P.A. |
| PLACE OF SETTLEMENT: | 777 S. Flagler Dr, #901, West Palm Beach, FL 33401 |
| SETTLEMENT DATE: | 5/23/2011 |

| SUMMARY OF BUYER'S TRANSACTION | | SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BUYER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract sales price | 10,000,000.00 | 401. Contract sales price | 10,000,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Buyer's Expenses from pg. 2, line 1400 | 59,402.24 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes            to | | 406. City/town taxes            to | |
| 107. County taxes               to | | 407. County taxes               to | |
| 108. Assessments                to | | 408. Assessments                to | |
| 109.                            to | | 409.                            to | |
| 110.                            to | | 410.                            to | |
| 111.                            to | | 411.                            to | |
| 112.                            to | | 412.                            to | |
| 120. GROSS AMOUNT DUE FROM BUYER | 10,059,402.24 | 420. GROSS AMOUNT DUE TO SELLER | 10,000,000.00 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BUYER | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER | |
| 201. Deposit or earnest money | 500,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 6,456,444.82 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. Principal amount of new loan(s) | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| 209a. | | 509a. | |
| 209b. | | 509b. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes            to | | 510. City/town taxes            to | |
| 211. County taxes  1/1/2011 to 5/23/2011 | 67,946.55 | 511. County taxes  1/1/2011 to 5/23/2011 | 67,946.55 |
| 212. Assessments               to | | 512. Assessments               to | |
| 213.                           to | | 513.                           to | |
| 214.                           to | | 514.                           to | |
| 215.                           to | | 515.                           to | |
| 216.                           to | | 516.                           to | |
| 217.                           to | | 517.                           to | |
| 218.                           to | | 518.                           to | |
| 219. | | 519. | |
| 220. TOTAL AMOUNTS PAID BY OR IN BEHALF OF BUYER | 567,946.55 | 520. TOTAL REDUCTIONS IN AMOUNT DUE SELLER | 6,524,391.37 |
| 300. CASH AT SETTLEMENT FROM/TO BUYER | | 600. CASH AT SETTLEMENT TO/FROM SELLER | |
| 301. Gross amount due from buyer (line 120) | 10,059,402.24 | 601. Gross amount due to seller (line 420) | 10,000,000.00 |
| 302. Less amounts paid by/for buyer (line 220) | 567,946.55 | 602. Less reductions in amount due seller (line 520) | 6,524,391.37 |
| 303. CASH  [X] From [ ] To  BUYER | 9,491,455.69 | 603. CASH  [X] To [ ] From  SELLER | 3,475,608.63 |

PAGE 1

ESPIRITO SANTO PLAZA
1395 BRICKELL AVENUE, 14TH FLOOR
MIAMI, FL 33131-3302

80542

# Buyer's and Seller's Combined Closing Statement

PAGE 2

| | | BUYER'S EXPENSES | SELLER'S EXPENSES |
|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COM. based on price 10,000,000.00 @ 5.00 % = 500,000.00 | | | |
| Division of Commission (line 700) as follows: | | | |
| 701. 250,000.00 | to Jenkins Realty, Inc. | | |
| 702. 250,000.00 | to Polo Park Realty, Inc. | | |
| 703. Commission paid at Settlement | | | 500,000.00 |
| 704. | to | | |
| 800. Items Payable In Connection With Loan | | | |
| 801. Loan Origination Fee   % | to | | |
| 802. Loan Discount   % | to | | |
| 803. Appraisal Fee | to | | |
| 804. Credit Report | to | | |
| 805. Lender's Inspection Fee | to | | |
| 806. Mortgage Insurance Application Fee | to | | |
| 807. | to | | |
| 808. | to | | |
| 809. | to | | |
| 810. | to | | |
| 811. | to | | |
| 812. | to | | |
| 813. | to | | |
| 814. | to | | |
| 815. | to | | |
| 900. Items Required By Lender To Be Paid In Advance | | | |
| 901. Interest from 5/23/2011 to 6/1/2011 @ /day | | | |
| 902. Mortgage Insurance Premium for   months to | | | |
| 903. Hazard Insurance Premium for   years to | | | |
| 904.   years to | | | |
| 905.   years to | | | |
| 1000. Reserves Deposited With Lender | | | |
| 1001. Hazard insurance   months @   per month | | | |
| 1002. Mortgage insurance   months @   per month | | | |
| 1003. City property taxes   months @   per month | | | |
| 1004. County property taxes   months @   per month | | | |
| 1005. Annual assessments   months @   per month | | | |
| 1006.   months @   per month | | | |
| 1007.   months @   per month | | | |
| 1008.   months @   per month | | | |
| 1009. | | | |
| 1100. Title Charges | | | |
| 1101. Settlement or closing fee | to | | 250.00 |
| 1102. Abstract or title search | to First American Title | | |
| 1103. Title examination | to | | |
| 1104. Title insurance binder | to | | |
| 1105. Document preparation | to | | |
| 1106. Notary fees | to | | |
| 1107. Attorney's fees | to McDonald Hopkins LLC | 46,000.00 | |
| (includes above items numbers: ) | | | |
| 1108. Title insurance   (inc. Reissue Credit $5,295.00) | to | | 21,030.00 |
| (includes above items numbers: ) | | | |
| 1109. Lender's coverage: Risk Premium | INS AMT: | | |
| 1110. Owner's coverage: Risk Premium 26,324.00 | INS AMT: 10,000,000.00 | 2,153.00 | |
| 1110a. Endorsements: FF9.1-2103.00;81-25.00;CC-25.00; | | | |
| 1111. | to | | |
| 1112. | to | | |
| 1113. | to | | |
| 1200. Government Recording and Transfer Charges | | | |
| 1201. Recording Fees: Deed $79.70; L-Mortgage(s)   ; S-Mortgage(s)   ; Releases | | 79.70 | |
| 1202. City/county tax/stamps: Deed   ; L-Mortgage(s)   ; S-Mortgage(s) | | | |
| 1203. State tax/stamps: Deed   ; L-Mortgage(s)   ; S-Mortgage(s) | | | 95.20 |
| 1204. Releases of Liens (4) | | | 19.10 |
| 1205. Satisfaction of Judgment | | | |
| 1300. Additional Settlement Charges | | | |
| 1301. Judgment payoff | to Brennan Financial, Inc. | | 1,443,490.58 |
| 1302. Lien payoff | to Alan Gerwig Associates, Inc. | | 5,898.96 |
| 1303. Lien payoff | to Dunkleberger Engineering & Testing, Inc. | | 801.00 |
| 1304. Lien payoff | to H&J Contracting, Inc. | | 23,059.39 |
| 1305. Record Reciprocal Access Easement Agt. | to Clerk of Court | 91.85 | 91.85 |
| 1306. Memorandum of Agreement | to Clerk of Court | 34.85 | 34.85 |
| 1307. Record 4th Amend. to Declaration | to Clerk of Court | 47.05 | 47.05 |
| 1308. Payment of 2008 and 2009 Taxes | to Palm Beach County Tax Collector | | 3,566,357.38 |
| 1309. Payment of 2010 Taxes | to Palm Beach County Tax Collector | | 889,561.31 |
| 1310. Additional Expenses | ** See Attached Addendum ** | 10,995.79 | 3,708.15 |
| 1400. Total Settlement Charges  (enter on Buyer line 103, and on Seller line 502, Page 1) | | 59,402.24 | 6,456,444.82 |

CERTIFICATION DATE: 5/23/2011

I have carefully reviewed this Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of this Settlement Statement.

Zacara Farm, LLC
By Rafiki Investments Limited, its sole member

By: _____ for attorney _____ Buyer

Wellington Preserve Corporation

By: _____ _____ Seller
Craig A. Gomez, President

_____ Buyer

_____ Seller

DATE: 5/23/2011

80542

# HUD-1 ADDENDUM

BUYER:
Zacara Farm, LLC

SETTLEMENT DATE: 05/23/11

SELLER:
Wellington Preserve Corporation

FILE NUMBER: 80542

PROPERTY ADDRESS:

Wellington, FL 33414

## ITEMIZATION OF HUD LINE 1310

This addendum is attached to a HUD-1 Settlement Statement executed by the aforementioned parties, and is attached to said HUD-1 Statement for the purpose of itemizing expenses on Line 1310 of Page 2 thereof as:

|  | Buyer | Seller |
|---|---|---|
| Additional Expenses | $ 10,995.79 | $ 3,708.15 |

## SCHEDULE OF DISBURSEMENTS

| DESCRIPTION | PAYEE | BUYER | SELLER |
|---|---|---|---|
| Lien searches | Florida Property Search |  | $ 3,370.00 |
| Record Certs. Good Std. (2) | Clerk of Court | $ 21.20 |  |
| Record Conf. Order | Clerk of Court |  | $ 151.60 |
| Record Rel & Dicl. Ded. (Iinen) | Clerk of Court | $ 46.85 | $ 46.85 |
| Record Rec. Easm & Maint Agt | Clerk of Court | $ 113.10 | $ 113.10 |
| Record Rel & Discl. (Wellington) | Clerk of Court | $ 26.60 | $ 26.60 |
| Surveying Services | Atlantic Caribbean Mapping, Inc. | $ 1,122.00 |  |
| Professional Services | Lucido & Associates | $ 4,743.40 |  |
| Pro. Share Surface Water Expend. | Wellington Training Club POA | $ 4,922.64 |  |
| **TOTAL HUD LINE 1310 EXPENSES:** | | $ 10,995.79 | $ 3,708.15 |

# Buyer's and Seller's Combined Closing Statement
## FOWLER WHITE BURNETT P.A.

NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

**NAME OF BUYER:** Joel Tanen and Helene Tanen
**ADDRESS OF BUYER:**
**NAME OF SELLER:** Wellington Preserve Corporation
**ADDRESS OF SELLER:**
**NAME OF LENDER:**
**ADDRESS OF LENDER:**
**PROPERTY LOCATION:** 5200 Laredo Way, Wellington, FL 33414
**SETTLEMENT AGENT:** FOWLER WHITE BURNETT P.A.
**PLACE OF SETTLEMENT:** ESPIRITO SANTO PLAZA, 1395 BRICKELL AVE, 14TH FL., MIAMI, FL 33131-3302
**SETTLEMENT DATE:** 5/20/2011

| SUMMARY OF BUYER'S TRANSACTION | | SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BUYER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract sales price | 190,409.00 | 401. Contract sales price | 190,409.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Buyer's Expenses from pg. 2, line 1400 | 36.10 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes to | | 406. City/town taxes to | |
| 107. County taxes to | | 407. County taxes to | |
| 108. Assessments to | | 408. Assessments to | |
| 109. to | | 409. to | |
| 110. to | | 410. to | |
| 111. to | | 411. to | |
| 112. to | | 412. to | |
| 120. GROSS AMOUNT DUE FROM BUYER | 190,445.10 | 420. GROSS AMOUNT DUE TO SELLER | 190,409.00 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BUYER | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. Principal amount of new loan(s) | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| 209a | | 509a | |
| 209b | | 509b | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes to | | 510. City/town taxes to | |
| 211. County taxes 1/1/2011 to 5/20/2011 | 1,779.45 | 511. County taxes 1/1/2011 to 5/20/2011 | 1,779.45 |
| 212. Assessments to | | 512. Assessments to | |
| 213. to | | 513. to | |
| 214. to | | 514. to | |
| 215. to | | 515. to | |
| 216. to | | 516. to | |
| 217. to | | 517. to | |
| 218. to | | 518. to | |
| 219. to | | 519. to | |
| 220. TOTAL AMOUNTS PAID BY OR IN BEHALF OF BUYER | 1,779.45 | 520. TOTAL REDUCTIONS IN AMOUNT DUE SELLER | 1,779.45 |
| 300. CASH AT SETTLEMENT FROM/TO BUYER | | 600. CASH AT SETTLEMENT TO/FROM SELLER | |
| 301. Gross amount due from buyer (line 120) | 190,445.10 | 601. Gross amount due to seller (line 420) | 190,409.00 |
| 302. Less amounts paid by/for buyer (line 220) | 1,779.45 | 602. Less reductions in amount due seller (line 520) | 1,779.45 |
| 303. CASH ☒ From ☐ To BUYER | 188,665.65 | 603. CASH ☒ To ☐ From SELLER | 188,629.55 |

PAGE 1

ESPIRITO SANTO PLAZA
1395 BRICKELL AVENUE, 14TH FLOOR
MIAMI, FL 33131-3302

©2004 Display Systems, Inc. (863) 763-5555 - Laser Generated

80542-T

## Buyer's and Seller's Combined Closing Statement

PAGE 2

| | | | BUYER'S EXPENSES | SELLER'S EXPENSES |
|---|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COM. based on price 190,409.00 @ % = | | | | |
| Division of Commission (line 700) as follows: | | | | |
| 701. | to | | | |
| 702. | to | | | |
| 703. Commission paid at Settlement | | | | |
| 704. | to | | | |
| 800. Items Payable In Connection With Loan | | | | |
| 801. Loan Origination Fee % | to | | | |
| 802. Loan Discount % | to | | | |
| 803. Appraisal Fee | to | | | |
| 804. Credit Report | to | | | |
| 805. Lender's Inspection Fee | to | | | |
| 806. Mortgage Insurance Application Fee | to | | | |
| 807. | to | | | |
| 808. | to | | | |
| 809. | to | | | |
| 810. | to | | | |
| 811. | to | | | |
| 812. | to | | | |
| 813. | to | | | |
| 814. | to | | | |
| 815. | to | | | |
| 900. Items Required By Lender To Be Paid In Advance | | | | |
| 901. Interest from 5/20/2011 to 6/1/2011 @ /day | | | | |
| 902. Mortgage Insurance Premium for months to | | | | |
| 903. Hazard Insurance Premium for years to | | | | |
| 904. | years to | | | |
| 905. | years to | | | |
| 1000. Reserves Deposited With Lender | | | | |
| 1001. Hazard insurance | months@ | per month | | |
| 1002. Mortgage insurance | months@ | per month | | |
| 1003. City property taxes | months@ | per month | | |
| 1004. County property taxes | months@ | per month | | |
| 1005. Annual assessments | months@ | per month | | |
| 1006. | months@ | per month | | |
| 1007. | months@ | per month | | |
| 1008. | months@ | per month | | |
| 1009. | | | | |
| 1100. Title Charges | | | | |
| 1101. Settlement or closing fee | to | | | |
| 1102. Abstract or title search | to | | | |
| 1103. Title examination | to | | | |
| 1104. Title insurance binder | to | | | |
| 1105. Document preparation | to | | | |
| 1106. Notary fees | to | | | |
| 1107. Attorney's fees | to | | | |
| (includes above items numbers: | | | | |
| 1108. Title insurance | to | | | |
| (includes above items numbers: | | | | |
| 1109. Lender's coverage: Risk Premium | | INS AMT: | | |
| 1110. Owner's coverage: Risk Premium 1,027.50 | | INS AMT: 190,409.00 | | |
| 1110a. | | | | |
| 1111. | to | | | |
| 1112. | to | | | |
| 1113. | to | | | |
| 1200. Government Recording and Transfer Charges | | | | |
| 1201. Recording Fees: Deed $36.10; L-Mortgage(s)  ; S-Mortgage(s)  ; Releases | | | 36.10 | |
| 1202. City/county tax/stamps: Deed  ; L-Mortgage(s)  ; S-Mortgage(s) | | | | |
| 1203. State tax/stamps: Deed  ; L-Mortgage(s)  ; S-Mortgage(s) | | | | |
| 1204. | | | | |
| 1205. | | | | |
| 1300. Additional Settlement Charges | | | | |
| 1301. Survey | to | | | |
| 1302. Pest Inspection | to | | | |
| 1303. Roof Inspection | to | | | |
| 1304. | to | | | |
| 1305. | to | | | |
| 1306. | to | | | |
| 1307. | to | | | |
| 1308. | to | | | |
| 1309. | to | | | |
| 1400. Total Settlement Charges (enter on Buyer line 103, and on Seller line 502, Page 1) ▶ | | | 36.10 | |

CERTIFICATION                                            DATE: 5/20/2011

I have carefully reviewed this Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of this Settlement Statement.

Wellington Preserve Corporation

_____ Buyer    By: _____ Seller
Joel Tanen

_____ Buyer    By: _____ Seller
Helene Tanen

DATE: 5/20/2011

80542-T

## ADDENDUM TO BUYER'S AND SELLER'S COMBINED CLOSING STATEMENT

The Closing Statement to which this Addendum is attached has been prepared pursuant to the terms of a Real Property Exchange Agreement between the parties reflected on the Closing Statement (the "Agreement").

Pursuant to the Agreement, the Tanen parties and Wellington Preserve Corporation are exchanging real property lots of equal value with each other without additional monetary consideration for the lots. These are direct exchanges whereby each party delivers a Deed to the other in exchange for their respective property. The reflection of a contract sales price on the Closing Statement merely reflects the fair market value of each of the parcels of property being exchanged. Specifically, the consideration paid by Wellington for the Tanen property is the conveyance of the Wellington exchange property to Tanen. The consideration paid by Tanen for the Wellington property shall be a conveyance of the Tanen property to Wellington. Any other numbers appearing on the Closing Statement reflect expense adjustments between the parties and the cost of recording Deeds.

The parties agree that this exchange of the like-kind properties to each other is intended to qualify for like-kind exchange treatment under Section 1031 of the Internal Revenue Code of 1986, as amended.

WELLINGTON PRESERVE CORPORATION, a Florida corporation, as Debtor in possession in Case No. 10-22049-EPK, United States Bankruptcy Court, Southern District of Florida, Palm Beach Division

By: _____
Craig A. (Tony) Gomez, President

_____
JOEL TANEN

_____
HELENE TANEN

# Buyer's and Seller's Combined Closing Statement
## FOWLER WHITE BURNETT P.A.

NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

**NAME OF BUYER:** Wellington Preserve Corporation

**ADDRESS OF BUYER:**

**NAME OF SELLER:** Joel Tanen and Helene Tanen

**ADDRESS OF SELLER:**

**NAME OF LENDER:**

**ADDRESS OF LENDER:**

**PROPERTY LOCATION:** 12838 Wellington Preserve Blvd. Wellington, FL 33414

**SETTLEMENT AGENT:** FOWLER WHITE BURNETT P.A.

**PLACE OF SETTLEMENT:** ESPIRITO SANTO PLAZA, 1395 BRICKELL AVE. 14TH FL., MIAMI, FL 33131-3302

**SETTLEMENT DATE:** 5/20/2011

| SUMMARY OF BUYER'S TRANSACTION | | SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BUYER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract sales price | 190,409.00 | 401. Contract sales price | 190,409.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Buyer's Expenses from pg. 2, line 1400 | 36.10 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes      to | | 406. City/town taxes      to | |
| 107. County taxes      to | | 407. County taxes      to | |
| 108. Assessments      to | | 408. Assessments      to | |
| 109.      to | | 409.      to | |
| 110.      to | | 410.      to | |
| 111.      to | | 411.      to | |
| 112.      to | | 412.      to | |
| 120. GROSS AMOUNT DUE FROM BUYER | 190,445.10 | 420. GROSS AMOUNT DUE TO SELLER | 190,409.00 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BUYER | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller(line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. Principal amount of new loan(s) | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| 209a. | | 509a. | |
| 209b. | | 509b. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes      to | | 510. City/town taxes      to | |
| 211. County taxes   1/1/2011 to 5/20/2011 | 1,771.98 | 511. County taxes   1/1/2011 to 5/20/2011 | 1,771.98 |
| 212. Assessments      to | | 512. Assessments      to | |
| 213.      to | | 513.      to | |
| 214.      to | | 514.      to | |
| 215.      to | | 515.      to | |
| 216.      to | | 516.      to | |
| 217.      to | | 517.      to | |
| 218.      to | | 518.      to | |
| 219.      to | | 519.      to | |
| 220. TOTAL AMOUNTS PAID BY OR IN BEHALF OF BUYER | 1,771.98 | 520. TOTAL REDUCTIONS IN AMOUNT DUE SELLER | 1,771.98 |
| 300. CASH AT SETTLEMENT FROM/TO BUYER | | 600. CASH AT SETTLEMENT TO/FROM SELLER | |
| 301. Gross amount due from buyer (line 120) | 190,445.10 | 601. Gross amount due to seller (line 420) | 190,409.00 |
| 302. Less amounts paid by/for buyer (line 220) | 1,771.98 | 602. Less reductions in amount due seller (line 520) | 1,771.98 |
| 303. CASH ☒ From ☐ To  BUYER | 188,673.12 | 603. CASH ☒ To ☐ From  SELLER | 188,637.02 |

PAGE 1

ESPIRITO SANTO PLAZA
1395 BRICKELL AVENUE, 14TH FLOOR
MIAMI, FL 33131-3302

©2004 Display Systems, Inc. (863) 763-5555 - Laser Generated

80542-WW

## Buyer's and Seller's Combined Closing Statement

PAGE 2

| | | BUYER'S EXPENSES | SELLER'S EXPENSES |
|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COM. based on price 190,409.00 @ %= Division of Commission (line 700) as follows: | | | |
| 701. to | | | |
| 702. to | | | |
| 703. Commission paid at Settlement | | | |
| 704. to | | | |
| 800. Items Payable In Connection With Loan | | | |
| 801. Loan Origination Fee % to | | | |
| 802. Loan Discount % to | | | |
| 803. Appraisal Fee to | | | |
| 804. Credit Report to | | | |
| 805. Lender's Inspection Fee to | | | |
| 806. Mortgage Insurance Application Fee to | | | |
| 807. to | | | |
| 808. to | | | |
| 809. to | | | |
| 810. to | | | |
| 811. to | | | |
| 812. to | | | |
| 813. to | | | |
| 814. to | | | |
| 815. to | | | |
| 900. Items Required By Lender To Be Paid In Advance | | | |
| 901. Interest from 5/20/2011 to 6/1/2011 @ /day | | | |
| 902. Mortgage Insurance Premium for months to | | | |
| 903. Hazard Insurance Premium for years to | | | |
| 904. years to | | | |
| 905. years to | | | |
| 1000. Reserves Deposited With Lender | | | |
| 1001. Hazard insurance months@ per month | | | |
| 1002. Mortgage insurance months@ per month | | | |
| 1003. City property taxes months@ per month | | | |
| 1004. County property taxes months@ per month | | | |
| 1005. Annual assessments months@ per month | | | |
| 1006. months@ per month | | | |
| 1007. months@ per month | | | |
| 1008. | | | |
| 1009. | | | |
| 1100. Title Charges | | | |
| 1101. Settlement or closing fee to | | | |
| 1102. Abstract or title search to | | | |
| 1103. Title examination to | | | |
| 1104. Title insurance binder to | | | |
| 1105. Document preparation to | | | |
| 1106. Notary fees to | | | |
| 1107. Attorney's fees to | | | |
| (includes above items numbers: | | | |
| 1108. Title insurance to | | | |
| (includes above items numbers: | | | |
| 1109. Lender's coverage: Risk Premium INS AMT: | | | |
| 1110. Owner's coverage: Risk Premium 1,027.50 INS AMT: 190,409.00 | | | |
| 1110a. | | | |
| 1111. to | | | |
| 1112. to | | | |
| 1113. to | | | |
| 1200. Government Recording and Transfer Charges | | | |
| 1201. Recording Fees: Deed $36.10; L-Mortgage(s) ; S-Mortgage(s) ; Releases | | 36.10 | |
| 1202. City/county tax/stamps: Deed ; L-Mortgage(s) ; S-Mortgage(s) | | | |
| 1203. State tax/stamps: Deed ; L-Mortgage(s) ; S-Mortgage(s) | | | |
| 1204. | | | |
| 1205. | | | |
| 1300. Additional Settlement Charges | | | |
| 1301. Survey to | | | |
| 1302. Pest Inspection to | | | |
| 1303. Roof Inspection to | | | |
| 1304. to | | | |
| 1305. to | | | |
| 1306. to | | | |
| 1307. to | | | |
| 1308. to | | | |
| 1309. to | | | |
| 1400. Total Settlement Charges (enter on Buyer line 103, and on Seller line 502, Page 1) ▶ | | 36.10 | |

CERTIFICATION

I have carefully reviewed this Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of this Settlement Statement.

Wellington Reserve Corporation

By: _____ Buyer

By: _____ Buyer

By: Joel _____ , Attorney in fact for Seller

By: Helen _____ , attorney in fact for Seller

DATE: 5/20/2011

DATE: 5/20/2011

80542-WW

## ADDENDUM TO BUYER'S AND SELLER'S COMBINED CLOSING STATEMENT

The Closing Statement to which this Addendum is attached has been prepared pursuant to the terms of a Real Property Exchange Agreement between the parties reflected on the Closing Statement (the "Agreement").

Pursuant to the Agreement, the Tanen parties and Wellington Preserve Corporation are exchanging real property lots of equal value with each other without additional monetary consideration for the lots. These are direct exchanges whereby each party delivers a Deed to the other in exchange for their respective property. The reflection of a contract sales price on the Closing Statement merely reflects the fair market value of each of the parcels of property being exchanged. Specifically, the consideration paid by Wellington for the Tanen property is the conveyance of the Wellington exchange property to Tanen. The consideration paid by Tanen for the Wellington property shall be a conveyance of the Tanen property to Wellington. Any other numbers appearing on the Closing Statement reflect expense adjustments between the parties and the cost of recording Deeds.

The parties agree that this exchange of the like-kind properties to each other is intended to qualify for like-kind exchange treatment under Section 1031 of the Internal Revenue Code of 1986, as amended.

WELLINGTON PRESERVE CORPORATION, a Florida corporation, as Debtor in possession in Case No. 10-22049-EPK, United States Bankruptcy Court, Southern District of Florida, Palm Beach Division

By: _____
Craig A. (Tony) Gomez, President

_____
JOEL TANEN

_____
HELÈNE TANEN